(133 So. 63)

## MORROW v. TOWN OF BEAR CREEK.

6 Div. 790.

Court of Appeals of Alabama.

March 17, 1931.

L. R. Quinn, of Haleyville, for appellant.

E. B. Fite, of Hamilton, for appellee.

RICE, J.

This purports to be an appeal from a judgment of conviction in the circuit court, on an appeal to it, rendered on a charge begun against appellant in the mayor's court of Bear Creek, an incorporated town, for the violation of one of the town's ordinances.

We will only say that, there being no assignments of error, there is nothing for us to consider, and the judgment appealed from is affirmed. Spence v. City of Tuscaloosa, 19 Ala. App. 231, 96 So. 464.

Affirmed.